JS-6

UNITED STATES DISTRICT COURT FOR

THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON KUPERMAN, an individual<br><br>    Plaintiff,<br><br>vs.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, P.A. and Does 1 through 50, inclusive<br><br>    Defendants. | Case No. 2:16-cv-03436 (RGK (PLAx)<br><br>[Assigned to Hon. R. Gary Klausner]<br><br>[~~PROPOSED~~] **ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**<br><br>Trial Date: June 6, 2017 |

Pursuant to the parties' Stipulation For Dismissal of Entire Action With Prejudice and good cause appearing therefor,

IT IS HEREBY ORDERED THAT the above-entitled matter is dismissed in its entirety with prejudice. Each party is to bear their own attorneys' fees and costs of suit.

**IT IS SO ORDERED.**

Dated: March 21, 2017

R. GARY KLAUSNER
JUDGE OF THE UNITED STATES
DISTRICT COURT FOR THE CENTRIAL
DISTRICT OF CALIFORNIA

1